IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

NATALIA KRAVCHENKO
ON BEHALF OF
MICHAEL GLENN BRADLEY,

    Plaintiff,

vs.                                  Civil Action No.: 5:14-cv-66-FL
                                        Judge Louise Wood Flanagan

COMMISSIONER OF
SOCIAL SECURITY,

ORDER

NOW this  5th  day of  August , 2014, it is hereby ORDERED that the above titled matter is DISMISSED upon plaintiff's motion.

_____
LOUISE W. FLANAGAN
United States District Judge